**Order entered July 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00032-CV

### GREG DUNCAN, ET AL., Appellants

### V.

### PARK PLACE MOTORCARS, LTD.
### D/B/A PARK PLACE MOTORCARS DALLAS, ET AL., Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-08535

# ORDER

Before the Court is appellants' June 28, 2019 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **July 30, 2019**. We caution appellants that further requests for extension will be disfavored.

/s/     ERIN A. NOWELL
JUSTICE